# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JULIE MARTIN and DEBRA OLSON, individually and on behalf of all others similarly situated, § § § § | |
| Plaintiffs, § § | |
| § | Case No. 3:18-cv-01272-B |
| v. § § | |
| ELIGIBILITY CONSULTANTS, INC., § § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Based on the stipulation of the parties, plaintiffs, Julie Martin and Debra Olson (collectively "Plaintiffs"), and defendant, Eligibility Consultants, Inc. ("Defendant"), filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiffs' individual claims against Defendant are dismissed with prejudice, the claims of the putative class members are dismissed without prejudice, and with each party to bear its own costs and attorneys' fees.

Dated: January 31, 2019.

_____
JUDGE JANE J. BOYLE
UNITED STATES DISTRICT COURT